# IN NORTHERN DISTRICT OF GEORGIA UNITED STATES DISTRICT  COURT



addis, jonah burton, Moor beneficiary, JONAH

BURTON ADDIS TRUST

YUNIS ADON EL TRUST

*a private Moor aboriginal ohioan national and*

*subject of the Al Moroc Shereefian Empire*

Complainant,

V fiduciaries(s)Defendant(s)

DEAUNA MCQUEEN

wellon robert g d/b/a ROBERT G WELLON

ATTORNEY AND COUNSELOR AT LAW

glavnille ural dexter d/b/a JUDGE URAL GLANVILLE

Fulton County Superior Court,

newkirk henry m, IV d/b/a JUDGE HENRY M.

NEWKIRK, Fulton County Superior Court

Other fiduciaries(s) defendants To be Added

Case 3:2:2 -CV- 0743

AND ALL ASSOCIATED CASE
NO. WITH THIS MATTER
COUNTER CLAIM
**PREVIOUS FULTON COUNTY SUPERIOR**
**COURT Case 2018CV309745**
PREVIOUS CLAIM COURT OF APPEALS
OF STATE OF GEORGIA A22D0197,
A2I0212, A20I0204

## EXCLUSIVE EQUITY
## JURISDICTION

c/o northern district of georgia
united states district court
          Richard B. Russell
Federal Building 2211 United
States Courthouse 75 Ted Turner
Drive, SW Atlanta, GA 30303-3309
Restricted Registers Mail
**Special Causa (Spécial Cause)**
**Private, special, privileged**
**Confidential**
**Excluding the Public Press**
**Special Term, Without General**
**without statues, without FRCP**
**Federal Rules of Civil Procedure**

1

## COUNTER CLAIM

### I.   INTRODUCTION

1.      The COMPLAINANT and "your orator", Addis, Jonah Burton is a private Moor americas aboriginal ohioan, free inhabitant, and subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled," ingress in georgia, ("Complainant"), brings this action against the defendant(s) For FOR BREACH OF COVENANT/CONTRACT, BREACH OF FIDUCIARY DUTY, AND DEPRIVATION OF RIGHTS PURSUANT TO Public Law 96-170 96th Congress-DEC. 29, To permit civil suits under section 1979 of the Revised Statutes (42 U.S.C. 1983)against any person acting under color of any law or custom of the District ofColumbia who subjects any person within the jurisdiction of the District ofColumbia to the deprivation of any right, privilege, or immunity secured by the Constitution and laws, 1979 and Public law April 9, 1866, Ch,31 14 Stat. 27 civil rights act in which the COMPLAINANT suffers irreparable harm do to the actions of the defendant(s) and Is entitled to relief.

The Complaint will show the defendants violated the obligation of a private contract, Loss of Business Earnings, wrongful incarceration, failed to perform their fiduciary duties, deprivation of rights  which lead to deprivation of rights by defendants by willfully and intentionally in Violation of the constitution and treaties thereof, causing irreparable harm to the COMPLAINANT, which the COMPLAINANT is entitled to relief.

2

## PARTIES

The Complainant and "Your orator" addis, jonah burton a private Moor americas aboriginal ohioan national, free inhabitant, and subject of the all Moroc Shereefian Empire,"but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled," ingress in georgia.

The defendant(s) DEAUNA MCQUEEN an adult U.S citizen resident of FULTON COUNTY GEORGIA ,et al, wellon robert g d/b/a ROBERT G WELLON ATTORNEY AND COUNSELOR AT LAW et al., glavnille ural dexter d/b/a JUDGE URAL GLANVILLE Fulton County Superior Court,newkirk henry m, IV d/b/a JUDGE HENRY M. NEWKIRK.

## STATEMENT OF JURISDICTION

This is a suit in equity arising within the Treaty of 1787 Marrakech ARTICLE XXI. 1789 constitution for the united states of america in congress assembled, ARTICLE III §2.§§1., and ARTICLE VI. §1., §2., and §3; the Judiciary Act of 1789 1 stat 73 §9. and §11; and the Treaty with Tunis 1824 ARTICLE XII., the rights of your orator, as a private Moor americas aboriginal ohioan national, and subject of the Al Maroc Shereefian Empire, are of those classes which said treaties, constitution, and act, either confers or has taken under their protection, without such obligation, your orator's rights are in jeopardy of being destroyed, where no adequate remedy for their enforcement is provided by the forms and proceeding of a purely legal nature. The same necessity invokes and justifies, in the cases to which its remedies can be applied, that jurisdiction in equity vested by said treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has limited jurisdiction and the complainant does herby grant all in personal and subject matter jurisdiction to this court, under exclusive equity jurisdiction, conferred by Treaty of 1787 Marrakech ARTICLE III §2.§§1., and ARTICLE VI.§1., §2. and §; the Judiciary Act of 1789 1 stat 73§9. and §11; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other modes and proceedings, to adjudge this matter. In tender of sufficient

consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equity, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and relievable. **Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:**

## The Chancery or Equity Court should hear:

1. All suits against married women and minors about their  estates, not cognizable at law.

2.      All suits resulting from trusts, express, constructive, and resulting.

3.      All suits for the specific performance of contracts.

4.      All suits for subrogation and substitution.

5. All suits where an injunction is a substantial part of the relief sought.

6. All other suits where the defendant has done, or is doing, or is threatening to do, some inequitable act to the injury of the complainant, and there is no adequate remedy therefore in any other court.

### STATEMENT OF CAUSE

1. glavnille ural dexter d/b/a JUDGE URAL GLANVILLE entered a Misrepresented Instrument / Bill of Attainder titled  (INTERLOCUTORY ORDER OF RELEIF) dated December 20, 2019, and (ORDER ON MOTIONS) December 20, 2019 and in violation of oath by public officer who willfully and intentionally Violated his oath impairing the obligation of contract [Exhibit A], and the same was entered into case number 2018CV309745 violating my guaranteed and protected

4

unalienable right pursuant to the constitution for the united states of america in congress assembled, SECTION 10. Clause 1 and ARTICLE III §2 §§1 and ARTICLE VI. 1., §2. the Treaty of Tunis 1824 ARTICLE XII., Treaty of Marrakech 1787 Article XXI, TREATY OF TUNIS 1797 ARTICLE XVIII, Treaty Of Algiers ARTICLE XV. Therefore these attachments are unconstitutional, in breech of Treaty and are notwithstanding, null and void ab initio and are unenforceable for lack of jurisdiction and fraud. This has caused irreparable harm to the Complainant.

## STATEMENT OF CAUSE

2. newkirk henry m,IV d/b/a JUDGE HENRY M. NEWKIRK "NEWKIRK" entered a Misrepresented Instrument / Bill of Attainder titled ORDER ON (PETITION FOR CITATION FOR CONTEMPT) on August 27, 2021 (ORDER ON ATTORNEY's FEES) on August 27, 2021 and (ARREST ORDER) on October 27, 2021 and in violation of oath by public officer who willfully and intentionally Violated his oath impairing the obligation of contract [Exhibit A], and the same was entered into case number 2018CV309745. Newkirk also denied a Constitutional Challenge to State Statues and change of venue after a political question was raised challenging the constitutionality of statues as it relates to a private moor americas aboriginal national which violated my guaranteed and protected unalienable right pursuant to the constitution for the united states of america in congress assembled, SECTION 10. Clause 1 and ARTICLE III §2 §§1 and ARTICLE VI. 1., §2. the Treaty of Tunis 1824 ARTICLE XII., Treaty of Marrakech 1787 Article XXI, TREATY OF TUNIS 1797 ARTICLE XVIII, Treaty Of Algiers ARTICLE XV causing irreparable harm to the Complainant by failure to perform fiduciary duty as appointed trustee to return and restore all interest to the beneficial owner of the Jonah Addis Trust. Addis was incarcerated from 01/19/2022 to 01/29/2022 [exhibit O]. The Court moved without

5

establishing personal jurisdiction once challenged and without due process of law as a result **Addis**
**suffered irreparable harm due to** wrongful incarceration/arrest ,false imprisonment, malicious and
Retaliatory prosecution without probable cause because the Claimant exercised his rights, which further
caused loss of business to the complainant. Therefore these attachments are unconstitutional, in
breech of Treaty and are notwithstanding, null and void ab initio and are unenforceable for lack
of jurisdiction and fraud. This has caused irreparable harm to the Complainant.

## STATEMENT OF CAUSE

**3**. wellon robert g d/b/a ROBERT G WELLON "WELLON" ATTORNEY AND COUNSELOR AT LAW willfully
and intentionally Violated his oath impairing the obligation of contract [Exhibit A], and the same
was entered into case number 2018CV309745. "Wellon"  who acted as a 3rd party Intermeddler
who willfully and intentionally failed to perform his fiduciary duty as appointed trustee to return
and restore all interest to the beneficial owner of the Jonah Addis Trust violating my guaranteed
and protected unalienable right pursuant to the constitution for the united states of america in
congress assembled, SECTION 10. Clause 1 and ARTICLE III §2 §§1 and ARTICLE VI. 1., §2. the
Treaty of Tunis 1824 ARTICLE XII., Treaty of Marrakech 1787 Article XXI, TREATY OF TUNIS 1797
ARTICLE XVIII, Treaty Of Algiers ARTICLE XV including deprivation of rights and loss of business
of which cause the COMPLAINANT irreparable harm to the Complainant.

## STATEMENT OF CAUSE

4.Deauna McQueen willfully and intentionally in Violation of a private contract and has
breached a religious covenant by failing to perform her obligation which caused irreparable
harm to the COMPLAINANT including deprivation of rights and loss of business of which cause
the COMPLAINANT irreparable harm.

6

a.Each named defendant was appointed and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your Orator further, show unto your Honor that he has called upon each defendant to either Affirm or Deny the trust; to render specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust res, by reconversion of said "Account, to your orator, as Moor heir/beneficiary; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it please your Honor, the said defendants have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's ad doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the defendants shall answer under oath, make the discovery called upon, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an "ORDER" taking his bill for confessed, the failure of the defendant(s) to make any defense being deemed as prima facie evidence that he has no obligations or debts and that gives rise to the material allegations of the bill to be true. Qui Tacet, cum loqui detet, consentire videtur (He who is silent, though he had foreseen them, seems to agree.) "No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and especially. if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. **(Henry R. Gibson § 70 Latches)**

II.

# STATEMENT OF CAUSE

The Primary subject matter issue of the complainant's speciali causa (special cause) is for the relief against the destruction of rights of born of and from trespasses upon the stipulations of treaties including but not limited to:

1.Detaining, molesting, interrupting his ability to pass and repass or otherwise impending Complainant's free ingress and regress to and from. See arrest order and proof of kidnapping under color of law and corruption of the blood by changing the race from Moor to black without my consent under duress.

2.Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods, and chattels, reputation, labor and senses.

3.Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4.Interrupt or destroy Complainant's reputation, right to goods and chattels, credits, liberties, and his labor, or call upon Complainant for indemnity or satisfaction, on behalf of another, **"under legal compulsion."**

5.Subject Complainant "under legal compulsion" to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the Complainant was a citizen of the united states for the district of columbia, or citizen of the united states of america in congress assembled," and subject to their laws.

6.Treating Complainant as a belligerent and national of a designated enemy country.

7.Subjecting Complainant any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding Complainant against possible or prospective injuries,

and to preserve the means by which Complainant's existing rights may be protected from future or contingent violations.

8.The certificate of Title of social deposit has been issued to the trustees and been delivered.

9.I have been desired their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged **"Equity delights in Equality"**

10.I have been desired their is a breach of reliance my contract and religious covenant with MCQUEEN **Exhibit A** is a breach of reliance I have been violated by public breach of the constitution and the treaty's thereof I have been wronged **"Equity delights in Equality"**

Your orator prays for the issue a **WRIT OF QUIA TIMET** (injunction)in the foregoing bill to inhibit and restrain the said Defendants their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This Writ of Quit TimeT is prayed for with the good conscience and good reason; it is prayed that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the untied states of america in congress assembled or in violation of their charters. Your orator prays that said Defenfant(s), their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator prays that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the Defendant(s), their heirs, assigns, and agents, to secure the payment of the money due Compliant, for wrong full incarceration, fraudulent, trespass, concealment, any attempt to convert or appropriate said property to Defendants own use, dispose of, destroy, or clog the ability to return the collateral to the Addis, jonah burton for any breach of faith, be levied.

*Every homestead is sacred, especially when it belong to our ancestors, and has been long in our possession. We were made 'of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; its our father's kingdom, and the home of our*

*youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble place be it grand for after all it is our home. The homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor) The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

This is the first application for an injunction in this cause.

**Maxim: A judge ought always to have Equity before his eyes**

III.

## Statement OF the Cause

The Primary subject matter at issue in your orator's (special cause) as a private Moor, americas aboriginal ohioan national, and subject of the Al Moron, Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled," your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states, the united states for the district of columbia, or the united states of america in congress assembled contracts or statues, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. Your orator's substantive core private equitable rights to due process and equal justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive Equity jurisdiction, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking

Relief Act of 1933 without violation thereof; which in such case your Orator is by legal corruption, subjected to the laws of the united states of america in congress assembled, or the united states for america for the district of columbia, which are inconsistent with and repugnant to our reciprocal treaties and therefore he content be "commingled" with any public U.S. citizens or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is by legal corruption subjected to the laws of the united states of america in congress assembled, or the united states for the district of columbia, which are inconsistent with and repugnant to our reciprocal treaties and therefore cannot be "commingled" with any public U.S. citizen s or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933.  Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demand of Justice owed and due to me by virtue of my private status as a Moor subject of the Al Maroc Shereefian Empire. Your orator requires that this Honorable court issue a private declaratory decree acknowledging that your orator is "in fact," a private Moor, americas aboriginal ohioan national, and subject to the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nr a citizen of the united states of america in congress assembled," and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the most favored Nation.  "Equity aids the vigilant, not those who slumber on their rights." (See Exhibits Denial of Assumptions and Presumption, and Declaration of Intention, Treaty of Algiers 1795 ARTICLE XIII.)

## STATEMENT OF CAUSE

Your orator's special cause is for the termination of any guardian/ward relation including voluntary relinquishing any parental rights making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and grant relief and exoneration from all liabilities of the defendant Jonah Burton Addis a registered organization name cuyahoga county, ohio is a decedent's legal (Estate").

The decedent's legal estate is a derivative of the sacred trust that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits, emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors has intended for me. Your orator's equitable claims are uncontroverted. Your orator is beneficial owner of the Estate, and all property attachments including but not limited to, lands, goods, and chattels, rights and credits, his person, and his wife and minor offspring, and his right wot work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their scene of moral property when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either labor or property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved, by error, omissions and false credits therein; and that a just and equitable settlement will benefit him. Your orator's substantive equitable rights to own property and to due process and equal Justice being rendered are not cognizable at law, much less at martial due process and rely exclusively on the recognition and enforcement of purely equitable rights.

Your orator states that due to the said exigent circumstances he is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of justice, owned and due to him, by virtue of his private status as a Moor subject of the Al Moroc Shereefian Empire, and that without complete justice being administered by his Honorable court, your orator may be subject to further unjust and irreparable hard and destruction of his treaty protected rights and property. **"Equity abhors a forfeiture."**

## STATEMENT OF CAUSE

The primary subject matter issue of your orator's speciali causa (special cause),as an "implied equitable surety," he makes his original claim against defendant(s) seeking suitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendants(s) (iii) subrogation of all rights, title and interest of the united states of America, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a Moor subject of the Al Maroc Shereefian Empire, and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his treaty protected rights and property.

## STATEMENT OF CAUSE

The primary subject matter issue of the complainant's speciali causa (special cause) is for relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties. The Complainant equitable cause is a complex accounting, and he is without full facts of the assets of the trust and relies exclusively on the mode of compelling the defendant/trustee(s)to make disclosure and therefore a discovery by suit in equity is indispensable. The complainant have business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s) have handled the estate of the complainant; or done business for him.  The complainant is the beneficial party entitled to a settlement and desires a bill

for an accounting for the funds or other property in which the complainant has an interest, and to pay over whatever may be due or belong to him. "A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted"

The complaint has though his internet power of appointment, appointed each defendant, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant. To be held in the private by said defendant(s) for the private enjoyment, use, possession, and benefit of the complainant. Each defendant was noticed of the complainant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance by due particularity, to produce a full accounting, list of all real, personal, and equitable assets or other property in which the complainant has an interest; to pay over whatever may be due or belong to him, or the balance due complainant on a fair accounting; release any and all collateral and return all remaining trust res, concerning said debts due to my estate; and release any and all collateral, and return any remaining trust res, to your orator and the beneficial party entitled, in consequence of such relations various sums of money or other property of the complainant went, or should have gone, into the possession, or under the control, of the defendant, giving items, dates, values, and circumstances. The defendant has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and profits thereof; or, if he render any, that it was imperfect and incorrect, balance due complainant on a fair accounting; that complainant refused to accept it in any respect, and so notified the defendant; Your orator prays for an account to be taken by the Clerk and Master and for a decrees for the amount found due. If the defendant has any sureties bound for his good conduct, they should be made defendant(s), and their suretyship alleged in the body of the bill be equitably attached. "One show seeks equity must do equity."

## NOTICE OF CONFLICT AND VARIANCE OF LAW

The remedies sought are of a purely equitable nature, and the complaint elects to apply for equitable relief and notices that it is established principle that when there is a conflict between the rules of law and the riles of equity, over the same subject matter, the rules of equity shall prevail. Further, the complainant states that no adequate, sufficient, or speedy remedy at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity jurisprudence. the Maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the complainant does notice that this cause accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 47 of the same. Sound by what has been decided, and do not disturb what is settled.

## PRAYERS FOR SPECIAL AND GENERAL RELIEF

Wherefore the foregoing, your orator therefore prays that this honorable court issue a decree for Complaiant's special request for Declaratory Relief of the rights duties, powers, privileges and immunities between the parties which is operative and binding upon the parties to the suit, whether they be natural or artificial persons, and wether under disability or not."

a. Acknowledgment of addis, jonah burton Moor beneficiary, as sole exclusive heir to the same subject matter the name and Estate of JONAH BURTON ADDIS, JONAH BURTON ADDIS, establishing my equitable rights, powers and relations to said estate; to the private enjoyment, use, possession, and benefit of all property attachments, including but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trader, to sell and acquire property, to engage in lawful business without restriction, to pass and repass amount the Christians

15

and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the defendant(s) be compelled to adhere to the obligation of a religious covenant of the complainant based on religious instruction and perform in accordance with the terms of the agreement. Defendant Deauna McQueen Accept Certificate of divorce Pursuant to Deuteronomy 24:1 "When a man takes a wife and marries her, if then she finds no favor in his eyes because he has found some indecency in her, and he writes her a certificate of divorce and puts it in her hand and sends her out of his house" That the complainant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Complainant, addis, jonah burton, is "in fact" a private Moor, americas aboriginal ohioan national, and subject of the Al Maroc Shereefian Empire, "but not a cozen of the united states for the district of columbia, nor a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nations and that due process and equal Justice shall be rendered towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surely involving the subject matter obligation/ debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall "not" be called upon for indemnity or satisfaction on behalf of another;

f. Decree a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support (propsed Order Attached herewith);

g. Decree any other general and special request that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem just. Your orator prays your Honor issue a decree declaring Complainant Holmes, jonah burton d/b/a JONAH

ADDIS JONAH BURTON ADDIS, tp be Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a dee absolute to be and equitable mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

h. Your orator prays your Honor issue a decree pro confesso for all defendant(s) concerning all transactions relating to or growing out the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him talking such account. The Master shall require each party, to produce and file with the Master said account as to show the balance with either party may owe the complainant, and he will report hereon to the next term of the Court, until with time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the Cords of law to obtain or enforce judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has unfair advantage at law, whereby he may make the Court of law and instrument of injustice.

i. Decree that your orator be Moor/grantee/grantor/beneficiary guardian for and on behalf of addis, jonah burton, beneficiary of the registered organization name ADDIS JONAH BURTON estate, and that the body, the name, the sum of all their attachments, all rents, credits, emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to addis, jonah burton, beneficiary, be restored to your orator.

j. Decree that anyone acting as a Person worthy of Trust, shall render upon request by the Complainant, the specify performance, to produce an annual a full accounting and non- commingled, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all

17

remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Complainant Addis, Jonah Burton Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Complainant has an interest, and to pay over whatever may be due or belong to him, or the balance due Complainant on a fair accounting to be help by you on Special Deposit; That the Complainant Addis, jonah burton d/b/a addis jonah burton, Moor heir/beneficiary shall have the right to claim, as grantee absolute, 5000 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for Moor aborigine descendants, shall be set aside and recorded in the name of the YUNIS ADON EL TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named addis, jonah burton his heirs and beneficiaries. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, state or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;

k. That any cloud be removed from any real personal equitable assets, of named estate(s)or the title ne divested and vested, that Complainant makes equitable claim to; and a permanent equitable estoppel be granted against any and all non-bona fide parties. That perpetual injunctive relief shall issue against all classes of defendant(s), including but not limited to, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america of the several states.

l. That perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited to, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Complainant's special and particular political status " and the Complainant shall "not" be treated as a national of a designated enemy county, or made subject to

18

the Trading with the Enemy Act of 1933, nor the Emergency War power Act or any other act tat is
repugnant to the treaties; and that Complainant shall be excepted from any act, law, statue,
ordinance, regulation, or prohibition that is in any way repugnant to the traits between the Citizens of
the United States of North America and the Subjects of the Al Moroc Shereefian Empire;

m. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any
judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an
unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

n. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any
judgments contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an
unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o. Injunctive relief be granted to  perpetually prohibit defendant(s) from the assertion of any presumed
right, and perpetually restrained defendant(s) from the commission of an act which would be
contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united
states of america in congress assembled or in violation of their charters;

p. injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin suit at law by
creditor(s) whenever the creditor delays to sue after notice or demand;

q. Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a Person worthy
of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical
treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be
placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written
consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by
anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of
said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your
breach of faith, if any equitable grounds for attachment exist, state it.

r. That all other matters are reserved, and either party is to be at liberty to apply to the Court as
occasion may require; and that the Complainant have such other relief as he-prays for, and may be

entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

**BE YEE PERFECT**

*Equity will not allow a trust to fail for want of a Trustee*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

  *I DECLARE,* under penalty and perjury under the laws of the georiga and the united states of america that the foregoing is true and correct.

By: _Addis, Jonah Anf_

     addis, jonah burton *grantee/ grantor/beneficiary*
     a private *Moor americas aboriginal ohioan national,*
  *"but not citizen of the united states for the district of columbia,*
   *nor the united states of america in congress assembled."*
            jonahb33@hotmail.com

**SPECIAL, PRIVATE, PRIORITY**

I am over the age of 18 and not party to the transaction regarding the papers mailed.

IVAN N. VASSALL III

Print Witness

Breyvana Walker

Print Witness

**JURAT**

(Georgia State)

Fulton County

**I HERBY DECLARE** that on this day before me n officer duly sworn, appeared addis, jonah burton, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris (in proper person, in his own right) who has attained majoris aerates suae, in sui juris (Age of Majority in his own right) who has attained majoris aetatis suae, in sui juris (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

Ralph Jonden

NOTARY

Ralph Gourdine

PRINT

22

(seal)

## CERTIFICATE OF SERVICE

I, Addis, Jonah Burton, living Man for ADDIS, JONAH BURTON, corp. sole dba. JONAH BURTON ADDIS, is

to certify that I have this day served the parties below with this COMPLAINT FOR COUNTER CLAIM by

email and US Postal Service using Certified Mail to ensure delivery to:

Dated this 18th day of February, 2022

Clerk of Court: Cathelene "Tina" Robinson

Lewis R. Slaton Courthouse

136 Pryor Street C155

Atlanta GA 30303

ATTN: Judge Henry NewKirk Chambers T-4655

ATTN: Judge Ural Glanville Chambers T-8955

ATTN: Sherriff Patrick Labatt 141 Pryor St. SW Atlanta, GA 30303

Telephone: (404) 613-5313 or (404) 613-5314

Robert G. Wellon, Esq.

Attorney for Deauna McQueen

2300 Centennial Tower 101 Marietta Street N.W

Atlanta, GA 30303

Deauna McQueen 3669 UTOY DRIVE ATLANTA GA 30331

# SPECIAL CAUSE

MY PRIVATE APPOINTMENT OF CLERK OF THE OFFICE OF THE REGISTER OF
CHANCERY/EQUITY

PRIVATE MOOR AMERICAS ABORIGINAL OHIOAN NATIONAL
SUBJECT OF THE AL MAROC SHEREEFIAN EMPIRE
OUTSIDE A "STATE FEDERAL DISTRICT" WITHIN A NON—MILITARY OCCUPIED
PRIVATE ESTATE NOT SUBJECT TO THE JURISDICTION OF THE UNITED STATES"

SPECIAL EQUITABLE

CAUSE URGENT

EXTRAORDINARY, SPECIAL and PRIVATE, RESTRICTED and CONFIDENTIAL
PROPRIETARY AND PRIVILEGED

EXTRA & SPECIAL TERM

EXIGENT CIRCUMSTANCES, TIME SENSITIVE INJUNCTORY REIEF
original and exclusive jurisdiction of the court of appeals for the northern district
of georgia united states district court
Treaty of Tunis 1797 Article II,IV,XVIII, and IXX and Treaty of Tunis 1824
ARTILCE XII.
section 2
article iii, section 2, sub.1 & article vi
Of the written 1789 constitution for the united states of america in congress
assembled
EXCLUDING THE PUBLIC AND PRESS, NOT FOR PUBLICATION

COUNTER CLAIM FOR CASE
* Lodged & sealed with the court of appeals for the northern district of georgia
united states district court  master*
* original and exclusive jurisdiction of the court of appeals for the northern
district of georgia united states district court
Treaty of Tunis 1797 Article II,IV,XVIII, and IXX and Treaty of Tunis 1824
ARTILCE XII.
section 2
article iii, section 2, sub.1 & article vi
Of the written 1789 constitution for the united states of america in congress
assembled
EXCLUDING THE PUBLIC AND PRESS, NOT FOR PUBLICATION